I. E. DOTY, PLAINTIFF IN ERROR, v. SUMNER BROTHERS,. DEFENDANTS IN ERROR.

Judgment: FINDING. As to parties before the court, and respecting a matter within its jurisdiction, a judgment without a finding to support it is not void, but at most merely erroneous, and subject to reversal by a suitable proceeding for that purpose in a tribunal having authority to review it.

ERROR to the district court for Butler county. Tried below before POST, J.

The action was brought to enjoin defendants in error from the collection of a judgment which they had obtained against plaintiff in the county court, on the ground that it was defective in form. Action dismissed.

*E. R. Dean*, for plaintiff in error, cited *Demming v. Weston*, 15 Wis., 236. *Sprick v. Washington County*, 3 Neb., 255.

*Matt. Miller*, for defendants in error, cited Freeman on Judgments, sections 46–55. *Van Geazal v. Hillyard*, 1 Houston, 515. *Church v. Crossman*, 41 Iowa, 373.

LAKE, CH. J.

The claim of the plaintiff in error, that the judgment in question is void, cannot be sustained. The cases which he has cited do not support him in this position. That of *Demming v. Weston*, 15 Wis., 236, is only to the effect that, without a finding to warrant it, a judgment is erroneous, and will be reversed when subject to review by a proper proceeding. And the case of *Sprick v. Washington County*, 3 Neb., 255, really goes no further than this, although the language used is rather general.

As to parties before the court, and respecting a matter

within its jurisdiction, a judgment is not under any circumstances to be considered as a mere nullity, but as importing absolute verity, and of binding efficacy, until reversed by a competent appellate tribunal. Freeman on Judgments (2nd ed.), sec. 116. Jurisdiction being obtained over the person, and over the subject matter, no error in its exercise can make the judgment void. Id., sec. 135, and cases cited. Although for want of a finding the judgment may be erroneous, and might have been avoided by a suitable proceeding instituted for that purpose, it is not void, and the ruling of the district court must therefore be affirmed.

JUDGMENT AFFIRMED.